JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORONA,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | Case No.  SA CV 20-02298-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further administrative proceedings consistent with the accompanying Order of Remand.

DATED:  January 27, 2023

HON. STEVE KIM
U.S. MAGISTRATE JUDGE