1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com
6
   Attorney Bar #217035
7  Attorneys for Richard Corona
8
9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
   RICHARD CORONA,              ) Case No: 8:20-cv-02298 SK
12                              )
13     Plaintiff,                ) **ORDER AWARDING EQUAL**
                                 ) **ACCESS TO JUSTICE ACT**
14     v.                        ) **ATTORNEY FEES AND COSTS**
15                              )
   KILOLO KIJAKAZI, Acting      )
16 Commissioner of Social Security, )
17                              )
       Defendant.                )
18                              )
19 ─────────────────────────────
       Based upon the parties' Stipulation for Award and Payment of Attorney
20 Fees:
21
       IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in
23
   the amount of ELEVAN THOUSAND DOLLARS and NO CENTS ($11,000.00),
24
   and costs under 28 U.S.C. § 1920, in the amount of NINE
25
    / / /
26
    / / /
27
    / / /
28

                                    1

1  HUNDRED SEVEN DOLLARS AND NO CENTS ($907.00), subject to the
2  terms of the above-referenced Stipulation.

Dated: February 28, 2023

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

2